[No. 13036-0-II.   Division Two.   May 6, 1991.]

THE STATE OF WASHINGTON, *Appellant,* v. PATRICIA
EUGINIA WILLIAMS, *Respondent.*

Appeal from a judgment of the Superior Court for Clark
County, No. 87-1-01079-1, James D. Ladley, J., entered
July 6, 1989. *Reversed* by unpublished per curiam opinion.

[Nos. 10148-7-III; 10230-1-III.   Division Three.   May 7, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. BALTASAR M.
TORRES, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. ESMIRELDA
TORRES, *Appellant.*

Appeals from judgments of the Superior Court for
Franklin County, Nos. 89-1-50093-0, 89-1-50094-8, Albert
J. Yencopal, J., entered July 24 and August 10, 1989.
*Affirmed in part, reversed in part,* and *remanded* by
unpublished opinion per Shields, A.C.J., concurred in by
Munson, J., and Hanson, J. Pro Tem.

[No. 10199-1-III.   Division Three.   May 7, 1991.]

THE STATE OF WASHINGTON, *Respondent,* v. TONY DALE
PENWELL, *Appellant.*

Appeal from a judgment of the Superior Court for Yak-
ima County, No. 89-1-00617-6, Michael W. Leavitt, J.,
entered August 16, 1989. *Affirmed in part* and *vacated in
part* by unpublished opinion per Green, C.J., concurred in
by Munson and Shields, JJ.